JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAGI MUKATIN, | Case No. CV 08-3165-MMM (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES A. YATES, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 13, 2009

Margaret M. Morrow
United States District Judge

